IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JILL CRISTA, TORIN HIGNELL,
AND KAELAN HIGNELL,

    Plaintiffs,

v.

                                              Case No.  18-cv-365-wmc

WISCONSIN PHYSICIANS SERVICE
INSURANCE CORPORATION,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Wisconsin Physicians Service Insurance Corporation against plaintiffs Jill Christa, Torin Hignell, and Kaelan Hignell dismissing this case.

| /s R. Swanson, Deputy Clerk | 8/10/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |