UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JILL CRISTA, TORIN HIGNELL, and KAELAN HIGHNELL,<br><br>    Plaintiff,<br>v.<br><br>WISCONSIN PHYSICIANS SERVICE INSURANCE CORPORATION,<br><br>    Defendants. | Case No. 18-cv-365-wmc |

## Notice of Appeal

Notice is hereby given that Plaintiff in the above-named case hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order and final judgment entered in this action on August 10, 2021 (Doc. 46 & 47).

Dated:  September 7, 2021

By:  s/Charles J. Crueger
  Charles J. Crueger
  cjc@cruegerdickinson.com
  Erin K. Dickinson
  ekd@cruegerdickinson.com
  Krista K. Baisch
  kkb@cruegerdickinson.com
  Benjamin A. Kaplan
  bak@cruegerdickinson.com
  CRUEGER DICKINSON LLC
  4532 N Oakland Ave.
  Whitefish Bay, WI 53211
  Direct: 414-210-3868

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2021, I caused the foregoing to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Charles J. Crueger*
Charles J. Crueger
