# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

December 9, 2021

*By the Court*:

| | |
|---|---|
| No. 21-2636 | JILL CRISTA, TORIN HIGNELL, and KAELAN HIGNELL,<br>Plaintiffs - Appellants<br><br>v.<br><br>WISCONSIN PHYSICIANS SERVICE INSURANCE CORPORATION,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 3:18-cv-00365-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley | |

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL**, filed on December 9, 2021, by counsel for the appellants,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**     (form ID: **137**)